Exhibit A to the Complaint

**Location:** Tracy, CA  **IP Address:** 73.220.148.67
**Total Works Infringed:** 48  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 9BC11B07FA4E9885BE5CFBF01F2AAB90F70DBB37<br>File Hash: 3E94DD024C4E79E36C8BFF74F75EFABFA4E27379F74C15EE5B83D471D552EB57 | 10-10-2021 15:43:03 | Blacked | 10-09-2021 | 10-19-2021 | PA0002317059 |
| 2 | Info Hash: 6C5F19A71ECCA0A465857AB73C180A5A676F3606<br>File Hash: 059EC8D696D691383580FC7C82ABBAC3CC0679DAF75C978A0E4D5644A675D819 | 09-28-2021 23:13:19 | Blacked Raw | 09-27-2021 | 10-19-2021 | PA0002317054 |
| 3 | Info Hash: 8F5305E4A5285CF5A766334ABC97D190CB1AC874<br>File Hash: 84723E9F05287A7F8EA5504E6382D15F7CBAA540619211B9334DD6B6647267BB | 09-28-2021 23:06:56 | Blacked | 09-25-2021 | 10-05-2021 | PA0002315288 |
| 4 | Info Hash: BE9C927FA76C06690808E0A4FA538AA2882FF831<br>File Hash: 823477EBA20A4A28E51E53D8E0610464FB2568343DDECC7DF668AE1EDC04D402 | 09-19-2021 18:18:05 | Blacked | 09-18-2021 | 10-05-2021 | PA0002315291 |
| 5 | Info Hash: D0FEED8FA4AFCDC0473E96B440766C3540BE27C3<br>File Hash: 2190EEDB57DAE34B2E32D6636290EA0AAAE402D2233220197E51961326A565A6 | 09-18-2021 13:20:40 | Vixen | 09-17-2021 | 10-05-2021 | PA0002315292 |
| 6 | Info Hash: CF38C8F975E28B97D557ECAD87A80286BF334D05<br>File Hash: A97729C052424294F9AD65D2D42E28AB9C55785415B7EFD2798FA6532BE2DC40 | 07-30-2021 11:50:52 | Blacked | 07-24-2021 | 09-21-2021 | PA0002312682 |
| 7 | Info Hash: 25661E257F217723274693FDB3D057D3C690DCE7<br>File Hash: 523AB93AFA0D51401A770F61E4B7345AF387F905AB5E999322D9F56856E89599 | 07-28-2021 23:11:21 | Blacked Raw | 07-26-2021 | 09-21-2021 | PA0002312675 |
| 8 | Info Hash: B0FE13ECF5F84AEAC8C53B134AC336CFB843CF0D<br>File Hash: 148BA9ADA1545D34949E4DF1AFFF8CE9F2B342DF3D5C0BE394FFAC173232A158 | 07-19-2021 01:51:19 | Blacked | 10-27-2017 | 11-27-2017 | PA0002098016 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: C170A66205B018D7E1122D9B345FF0EF6E78C5DC<br>File Hash: 1F97E7535334CB1F8917D8BDA7A8DFEE6DD5DEF6B2E5D62AA8A88A00A0235077 | 06-14-2021 23:42:06 | Tushy | 11-07-2017 | 11-30-2017 | PA0002097995 |
| 10 | Info Hash: F79ED94190ADC5734573AA4A13934FF9627357CD<br>File Hash: D1EE25645FFFE8CB3A087B21142C117B49FF62A9524BE31CFEC31B956B960361 | 06-11-2021 12:13:33 | Vixen | 04-16-2021 | 06-09-2021 | PA0002295602 |
| 11 | Info Hash: 294DDCEBFD93AA7E18B5CCC90F48DC52718D1B79<br>File Hash: FD6A9D3183365AC95017C622CEEDE7C51872C6FDA57F35D63F6C2ECC7254D62C | 06-08-2021 12:14:29 | Blacked Raw | 06-07-2021 | 06-15-2021 | PA0002296926 |
| 12 | Info Hash: 5D5ED96E6D24B9D972FDE830E47ACB42DDEB4D36<br>File Hash: 23D201D8A4A4FA448624D9FED10BA611BEA7C2A1E5B4C502DBB677CF118F5F89 | 06-04-2021 10:53:13 | Blacked Raw | 08-10-2019 | 09-11-2019 | PA0002199990 |
| 13 | Info Hash: 1EEF8AEF6C48131F581172692D97A3CA7D407039<br>File Hash: BF5B3E137A15BEEA496B9AC26FF6DB0A4EFEF99941B456B0367444D2F0BAB7E8 | 06-04-2021 10:51:40 | Blacked Raw | 01-17-2019 | 02-22-2019 | PA0002155141 |
| 14 | Info Hash: 97FBFAD64FB88D70E2C2C0872A5FD7F73B246898<br>File Hash: 0D51CFE789801438E53B272C3F6A9139AC7A804E12202777CA500648C36C4E1A | 05-30-2021 13:43:06 | Blacked | 05-15-2021 | 06-09-2021 | PA0002295594 |
| 15 | Info Hash: 98B3583856739205901AC1C8B78514AA249BA34E<br>File Hash: 99EA22FB08A7AA82E2ECBAF9760FE4A7B81918550A0E7638BD58B23E9B19CF59 | 05-30-2021 13:37:27 | Blacked | 05-22-2021 | 06-09-2021 | PA0002295591 |
| 16 | Info Hash: 32E09D6A5978F499397CCFFAB8C889951CF3BF94<br>File Hash: EADF62816A0B33E9DCC505156847A93771275B747B14A6DBC5154D2ED41A2C04 | 05-19-2021 00:12:59 | Blacked | 05-01-2021 | 06-09-2021 | PA0002295604 |
| 17 | Info Hash: 3777B1D1DEAB912371BAB2EB00A80A71AE9DF046<br>File Hash: 8416F84733F25D958C071C250C42F9CF58200F63B370350D2B9DFE463E91C4E8 | 04-22-2021 10:46:02 | Blacked | 04-03-2021 | 04-14-2021 | PA0002286725 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 978CE898A8AA756DCFE919BBA0A2EABA859D93FF<br>File Hash: C920A383263D3E07545233660661F2D4A82F68D612C36CB7DC1843BD8C41C393 | 04-22-2021 10:45:50 | Blacked Raw | 03-29-2021 | 04-14-2021 | PA0002286726 |
| 19 | Info Hash: B91028F8FF97039F1DAFE23A651DD879FECDF3FD<br>File Hash: CB9112CB07BAF880B77458D88729F588795B7810DF571C7442A04A4BE49F5EB3 | 03-28-2021 15:11:56 | Blacked | 01-16-2021 | 02-09-2021 | PA0002276150 |
| 20 | Info Hash: A7F1171CFACE35002A796CC7428B8304B4D2F335<br>File Hash: 997739CDCA49570ACD6F62ED8DA696908D68B6C43D24AF15EE3A11422344A509 | 03-02-2021 11:53:38 | Blacked Raw | 03-01-2021 | 03-08-2021 | PA0002280355 |
| 21 | Info Hash: 5F686E0618BE3E4B271B6D69151098DC11B29F45<br>File Hash: CE89D3CAB34C7A0CE0E491E0F63EE4A94CD12EB47768D364C0CF318BC5C29499 | 02-25-2021 13:16:09 | Blacked | 02-20-2021 | 03-08-2021 | PA0002280369 |
| 22 | Info Hash: BCC18BD6272372F3CFC59A1BE674F61C4788F0CB<br>File Hash: 8A56C37DE8CCCDAA7BBD3EDFA4DC0F49439A4A4CCE0BED2C6768E4FC69BA25C0 | 02-06-2021 10:26:31 | Blacked | 02-24-2020 | 03-18-2020 | PA0002241627 |
| 23 | Info Hash: 73554FFBC3738FD084087C0DBD1B77FF52A5E6F9<br>File Hash: EB9E17DAE379436C5C320B4F6D686051E5E07DE9C5FF77B54FDDE8BF45A4900A | 01-15-2021 14:25:05 | Tushy | 01-10-2021 | 02-09-2021 | PA0002276153 |
| 24 | Info Hash: 8F6FE8B7D51C8251822C85471AEA290AB7B1D7B6<br>File Hash: B7B5686645624F553E09F83122DC7027ECE8F9E7CEC8C473873F218432A2219F | 01-03-2021 11:08:15 | Blacked | 01-02-2021 | 01-05-2021 | PA0002269954 |
| 25 | Info Hash: 08E4516F2B10B7116E9DFDC23BAD089C16D51A99<br>File Hash: 59CC496DF2C8E95867635AE3E980F1431D87E8711786E031BF179B341324DF38 | 01-02-2021 13:47:59 | Blacked Raw | 12-21-2020 | 01-05-2021 | PA0002269958 |
| 26 | Info Hash: F5BCD5E68FE022B1AC16EF0FF6758CFA5E3F1930<br>File Hash: FF52CF85F2A63C53C26ADB3CB500AF8ABB681F7D6E92B9595B085114B20248DE | 12-10-2020 13:53:05 | Blacked | 12-05-2020 | 01-04-2021 | PA0002277031 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: E94C6C84F8CB699DC6A5BEAF48D1409C03D3A09A  File Hash: EED64CB65161A021598703F22CDCA5D24EA9C70C1B9F038BAFD55B5271A7786E | 12-07-2020 17:01:26 | Vixen | 11-27-2020 | 11-30-2020 | PA0002266359 |
| 28 | Info Hash: 605C9418209F27737FD241EF51A32CBFABAAB038  File Hash: 829D6412707F891385AF6D5D9F69B5AD482B7B98A9A32076BD46AF58D55F6B74 | 12-03-2020 00:09:57 | Vixen | 03-25-2019 | 04-16-2019 | PA0002187577 |
| 29 | Info Hash: B842125724634B62F2F35B16A4F876EB63493A7C  File Hash: A0FD9B99E132B1CA64E0BA989C6610FC3855446B91DCD42FEAFC353CCA7F89A8 | 11-21-2020 14:42:57 | Blacked | 11-14-2020 | 11-30-2020 | PA0002266362 |
| 30 | Info Hash: 7EC41A2781FDD54B52A2E7B842DAADA1906D4EC9  File Hash: 32A0FF90F847F3B19BAA4468BAA74EBCFBFCBD242633C4A5D1A3A06D5E04F827 | 11-07-2020 15:19:15 | Tushy | 11-01-2020 | 11-18-2020 | PA0002272627 |
| 31 | Info Hash: AA4E7F1D2EB7E81F78A5DA7811E1A2AE67EF4C6D  File Hash: A53AE027BFF6811943135C73BA9D92C172E7625C5C40075D1FB5C2E3E81F8F38 | 10-23-2020 03:48:51 | Blacked | 03-26-2019 | 04-16-2019 | PA0002187002 |
| 32 | Info Hash: 1A26A196358C2C12445BC8122570365DEE727A70  File Hash: A5E4E4AA26374FE74D4F62B1BBBF99AD26104A1B6A6CEEE59E75309D3022702E | 10-20-2020 01:02:30 | Tushy | 10-18-2020 | 11-05-2020 | PA0002263388 |
| 33 | Info Hash: A2285D359C1A11FC04C46A99A488747938358B65  File Hash: 985663042B32496D35EC0B21E21BFBA3F6AFF2FDE00ABE14235EABA40310DB82 | 10-16-2020 05:16:32 | Blacked Raw | 10-12-2020 | 10-22-2020 | PA0002261809 |
| 34 | Info Hash: 9352D370D33CC9FA273FC8B6E660F317B53AB89A  File Hash: 444AA5F2B3ECAFCD7594C9F15005CAF6298621D86EE925C3421E1B54DD68A919 | 10-07-2020 10:18:05 | Blacked Raw | 10-05-2020 | 10-22-2020 | PA0002261806 |
| 35 | Info Hash: D351628EADEDD6324BC996E625934E8314F4AC8B  File Hash: D904AA1F88C7A7CD122A05DBC80230E9C89977550F62C666B36FDF3007340AC2 | 10-04-2020 18:32:59 | Blacked | 10-03-2020 | 10-22-2020 | PA0002261803 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 3B6198833B8CF16DAE7D8E122C3AD5AD62507AAD<br>File Hash: D1F3EF62AA81DCC45B49CE454C8E234C6C5668D49212ACF906FAAFCE9AE72D1B | 09-23-2020 12:47:02 | Vixen | 09-18-2020 | 09-29-2020 | PA0002258680 |
| 37 | Info Hash: E9496BC1B3013589D4AAC0C8EFCDE5692E10F62E<br>File Hash: 5E469E53EAEF0563C2A211A763A0AA5FD3181F9C701827199E0B4BBB8B4A2C86 | 09-23-2020 12:46:00 | Blacked Raw | 09-21-2020 | 09-29-2020 | PA0002258687 |
| 38 | Info Hash: 3E1B2FFC37EFD8FF20F15FE6983057183F446F26<br>File Hash: 4D5D1DC20FBEF77EAB20063A078A377175BB0B7951ACC5760C752112F939349E | 09-22-2020 23:04:33 | Blacked | 05-30-2020 | 06-22-2020 | PA0002245635 |
| 39 | Info Hash: 34B848F2164ECCC533C071B9A0E3B0F3D05A3518<br>File Hash: 6DE55D7E3AD7C8A7027139F67A3226AA3E7C123BAA023D0B81ACBFD8FA036579 | 09-16-2020 06:19:16 | Blacked Raw | 03-03-2018 | 04-17-2018 | PA0002116063 |
| 40 | Info Hash: B219D12248F1CA666493E6415186170418E22D01<br>File Hash: 3B5FB6A315906FE1B87D64F91BF0396215C2D306AEBE07432BAF3C3931BC0A18 | 09-16-2020 06:19:12 | Vixen | 12-05-2017 | 01-04-2018 | PA0002097413 |
| 41 | Info Hash: 4D128566D34AA1EC74C662CC23A00DBFD03A56E5<br>File Hash: DD310F56DE594622150223897919F94B177A071C38203F879C910627A7F18DC9 | 09-09-2020 09:58:56 | Blacked Raw | 09-07-2020 | 09-29-2020 | PA0002258685 |
| 42 | Info Hash: 979CD4F798E6D0277F211C43B2DEAD821781AAB7<br>File Hash: E4EF4298821183831E08081314D570BF54150A02DA0ADFFD61F03A99A9653C34 | 09-09-2020 09:56:39 | Blacked | 09-05-2020 | 09-29-2020 | PA0002258686 |
| 43 | Info Hash: 97034278B4AE0281DFA31CB3DC5D5A0943B18F5F<br>File Hash: 919E33445946B2E47A9223CBBA2E2666E8F11A358771039219D7B4160EB14A31 | 09-01-2020 12:38:09 | Blacked Raw | 08-31-2020 | 09-05-2020 | PA0002255473 |
| 44 | Info Hash: 0AB20EE3181E2157048233A9A4F197718A4CC458<br>File Hash: 5B2DF8CCF0678B5FD3F04E41958773BB4DB3B8A5B28FB75BC68AAA50B5661F92 | 08-29-2020 23:07:02 | Blacked | 08-29-2020 | 09-05-2020 | PA0002255478 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: 1F20D6A7008B7CCEC3410A20EFACC4AC55CEAADC<br>File Hash: 9A1A9C2782555622990015C592A6BA55BE742A35B3ACE638D920D2A4A3D2B1E9 | 08-19-2020 12:01:11 | Blacked Raw | 08-17-2020 | 09-05-2020 | PA0002255472 |
| 46 | Info Hash: 09E4DD5DED8676D79433C09E76F73797D7C23802<br>File Hash: 27913E8D3B680A47B51E91359D932EFC4985BE2BA58F603609F69E1041FC55AE | 08-18-2020 12:24:34 | Blacked Raw | 06-11-2018 | 07-09-2018 | PA0002109330 |
| 47 | Info Hash: DDB5B87DD389A7D38E36B58177629B40BE7B74EE<br>File Hash: 7A635BC050ED42E52C8B861EABDB6DD010C5CC310A60219E2B59B38D1218DE46 | 08-16-2020 21:45:38 | Blacked | 08-15-2020 | 09-05-2020 | PA0002255476 |
| 48 | Info Hash: E26CBC5FCF1404C17A1BD92E6623910B3B9698CE<br>File Hash: C1D5AF8F08151AA7770F92133FAB9592B7C4844AD296FCFEFA49DDFB3F1D9EF4 | 08-15-2020 15:28:37 | Vixen | 06-26-2020 | 08-03-2020 | PA0002259094 |